UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JEREMY GREY,

    Plaintiff,

v.                                                                                                  No. 2:22-cv-2515

OMOR ENTERPRISE, INC.,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiff, Jeremy Grey, by and through undersigned counsel, submits this voluntary dismissal of the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 11th day of SEPTEMBER, 2024.

By: *s/ REBECCA HUTTO*
Rebecca Hutto TN State Bar No.: 39252
Wampler, Carroll, Wilson, and Sanderson, PLLC
208 Adams Avenue
Memphis, TN 38103
Telephone: (901)-523-1844
Email: rebecca@wcwslaw.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this 11th day of SEPTEMBER, 2024, a true and exact copy of the foregoing has been served on the Defendant via electronic mail.

*s/ Rebecca Hutto*